ACCEPTED
15-25-00065-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 4:50 PM
CHRISTOPHER A. PRINE
CLERK

**NO. 15-25-00065-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 4:50:43 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH JUDICIAL DISTRICT AUSTIN, TEXAS

_____

## ICHABOD "QUINT" BALKCOM, V
**APPELLANT,**

## V.

## TEXAS PARKS AND WILDLIFE DEPARTMENT,
**APPELLEE.**

_____

ON APPEAL FROM THE 455TH DISTRICT COURT
TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-23-003634

_____

## APPELLANT ICHABOD "QUINT" BALKCOM, V'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF

_____

TO THE HONORABLE SIXTH COURT OF APPEALS:

Appellant Ichabod "Quint" Balkcom requests a 30-day extension of the deadline to file her Brief in this matter.

1.  The deadline for Appellant's Brief is set for June 20, 2025.

2.  Due to other briefing deadlines, Appellant's counsel requests a 30-day extension to this deadline, or until July 21, 2025, for filing Appellant's Opening Brief.

3. This is Appellant's first request for an extension in this case. This request is sought, not for purposes of delay, but so that proper briefing of this case may be adequately presented to the Court.

4. On June 11, 2025, the undersigned conferred with counsel for Appellee, who stated that Appellee is unopposed to the requested extension.

Date: June 11, 2025

Respectfully submitted,

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
Hommel Law Firm
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100 Phone/Facsimile

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On June 11, 2025, Counsel for Appellant conferred with counsel for Appellee regarding the foregoing Motion.  Appellee is not opposed to this Motion.

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 11th day of June, 2025.

/s/*William S. Hommel, Jr.*
William S. Hommel, Jr.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Natashea Moore on behalf of William Hommel Jr
Bar No. 09934250
nmoore@hommelfirm.com
Envelope ID: 101913383
Filing Code Description: Motion
Filing Description: Appellant Ichabod "Quint" Balkcom, V's Unopposed Motion to Extend Time to File Appellant's Opening Brief
Status as of 6/11/2025 4:58 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William SHommel Jr | | bhommel@hommelfirm.com | 6/11/2025 4:50:43 PM | SENT |
| Legal Assistant | | info@hommelfirm.com | 6/11/2025 4:50:43 PM | SENT |
| Natashea Moore | | nmoore@hommelfirm.com | 6/11/2025 4:50:43 PM | SENT |
| Joseph Keeney | 24092616 | joseph.keeney@oag.texas.gov | 6/11/2025 4:50:43 PM | SENT |
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 6/11/2025 4:50:43 PM | SENT |
| Robert Schmidt | | bob@robertwschmidt.com | 6/11/2025 4:50:43 PM | SENT |
| Caroline Taylor | | caroline.taylor@oag.texas.gov | 6/11/2025 4:50:43 PM | SENT |